# United States District Court

EASTERN DISTRICT OF WISCONSIN

**BANKRUPTCY ESTATE OF SANTOSHA HARRIS,**
    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

Case No. 20-CV-609

**CITY OF MILWAUKEE, *ET AL.*,**
    Defendants.

☑     **Decision by Court.** This action came on for consideration and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that the defendant's motion for summary judgment is **GRANTED**.

**IT IS FURTHER ORDERED** that the case is **DISMISSED.**

Approved: _____
NANCY JOSEPH
United States Magistrate Judge

Dated: September 8, 2023

GINA M. COLLETTI
Clerk of Court

*s/ Evan Romel*
(By) Deputy Clerk